# EXHIBIT 1

| Activity Code | Date | Duration | Description | Name | Amount |
|---|---|---|---|---|---|
| Expense | Thu 7/17/2014 | | Service of Plan, DS and Exhibits, and Ballot | Jacob DeGraaff | $256.62 |
| Expense | Fri 4/25/2014 | | Service of first application for compensation. | Jacob DeGraaff | $63.94 |
| **Total Expenses:** | | | | | **$320.56** |
| Case Administration | Thu 3/10/2016 | 0.6 | Drafted response to UST motion to convert/dismiss. | Jacob DeGraaff | $180.00 |
| Case Administration | Tue 2/16/2016 | 0.3 | Reviewed UST's motion to convert/dismiss.  Emailed UST about grounds, imminent confirmation. | Jacob DeGraaff | $90.00 |

| Category | Date | Hours | Description | Attorney | Amount |
|---|---|---|---|---|---|
| **Total Case Administration:** | | **0.9** | | | **$270.00** |
| Fee/Employment Applications | Wed 6/11/2014 | 1.3 | Drafted application to employ real estate appraiser. | Jacob DeGraaff | $390.00 |
| **Total Fee/Employment Applications:** | | **1.3** | | | **$390.00** |
| Plan and Disclosure Statement | Fri 3/18/2016 | 0.3 | Made corrections to plan for confirmation order. | Jacob DeGraaff | $90.00 |
| Plan and Disclosure Statement | Thu 3/17/2016 | 0.5 | Attended confirmation hearing. | Jacob DeGraaff | $150.00 |
| Plan and Disclosure Statement | Mon 3/14/2016 | 2.1 | Drafted pre-confirmation report and confirmation order. | Jacob DeGraaff | $630.00 |

| | | | | |
|---|---|---|---|---|
| Plan and Disclosure Statement | Mon 3/14/2016 | 1.2 | Drafted summary of balloting. | Jacob DeGraaff | $360.00 |
| Plan and Disclosure Statement | Wed 3/9/2016 | 1.4 | Drafted amendments to plan to incorporate agreed plan treatment for objecting classes. | Jacob DeGraaff | $420.00 |
| Plan and Disclosure Statement | Mon 2/22/2016 | 0.4 | Reviewed and executed stipulation to resolve objection from shellpoint. | Jacob DeGraaff | $120.00 |
| Plan and Disclosure Statement | Thu 10/29/2015 | 0.1 | Emailed to find new contact for Nationstar since J. A. Left RCO. | Jacob DeGraaff | $30.00 |
| Plan and Disclosure Statement | Tue 10/6/2015 | 0.2 | Email prod to opposing counsel regarding escrow. | Jacob DeGraaff | $60.00 |
| Plan and Disclosure Statement | Mon 10/5/2015 | 0.7 | Reviewed new objection to confirmation, called clients about same. Called opposing counsel to resolve. | Jacob DeGraaff | $210.00 |

| | | | | |
|---|---|---|---|---|
| Plan and Disclosure Statement | Tue 8/18/2015 | 0.3 | Email with opposing counsel regarding escrow issue, including class action notice. | Jacob DeGraaff | $90.00 |
| Plan and Disclosure Statement | Fri 7/31/2015 | 0.1 | Follow-up email to opposing counsel about escrow advance issue. | Jacob DeGraaff | $30.00 |
| Plan and Disclosure Statement | Wed 7/15/2015 | 0.3 | Call and email with opposing counsel regarding offer to resolve 2nd loan with Nationstar. | Jacob DeGraaff | $90.00 |
| Plan and Disclosure Statement | Wed 6/17/2015 | 0.1 | Emailed opposing counsel seeking response from Nationstar. | Jacob DeGraaff | $30.00 |
| Plan and Disclosure Statement | Fri 6/12/2015 | 0.2 | Emailed opposing counsel about continued negotiations with Nationstar, trying to resolve 2nd claim. | Jacob DeGraaff | $60.00 |
| Plan and Disclosure Statement | Wed 6/3/2015 | 0.1 | Email with opposing counsel seeking response to offer to resolve 2nd loan. | Jacob DeGraaff | $30.00 |

| | | | | |
|---|---|---|---|---|
| Plan and Disclosure Statement | Thu 4/23/2015 | 0.1 | Emails with opposing counsel regarding 2nd loan. | Jacob DeGraaff | $30.00 |
| Plan and Disclosure Statement | Tue 4/14/2015 | 0.7 | Call with clients about possible modification options, lack of cramdown option. | Jacob DeGraaff | $210.00 |
| Plan and Disclosure Statement | Thu 3/19/2015 | 0.2 | Emailed opposing counsel about acceptance of modification offer, route to confirmation. | Jacob DeGraaff | $60.00 |
| Plan and Disclosure Statement | Wed 2/18/2015 | 0.3 | Emailed with opposing counsel about Nationstar negotiations, redirecting her to seek alternative modification if they won't agree to cramdown. | Jacob DeGraaff | $90.00 |
| Plan and Disclosure Statement | Thu 2/5/2015 | 0.2 | Emailed with opposing counsel regarding continued Nationstar negotiations. | Jacob DeGraaff | $60.00 |
| Plan and Disclosure Statement | Mon 12/1/2014 | 0.1 | Emailed opposing counsel about offers to Nationstar. | Jacob DeGraaff | $30.00 |

| | | | | |
|---|---|---|---|---|
| Plan and Disclosure Statement | Tue 10/28/2014 | 0.2 | Emailed with opposing counsel regarding offers to Nationstar. | Jacob DeGraaff | $60.00 |
| Plan and Disclosure Statement | Thu 9/18/2014 | 0.3 | Made offer to resolve objections with Nationstar | Jacob DeGraaff | $90.00 |
| Plan and Disclosure Statement | Fri 8/29/2014 | 0.4 | Reviewed Nationstar objections to confirmation, called opposing counsel to continue hearing to have time to resolve same. | Jacob DeGraaff | $120.00 |
| Plan and Disclosure Statement | Sat 7/5/2014 | 2.5 | Drafted amendments to Plan, Disclosure Statement, and schedules (to be exhibits to DS) | Jacob DeGraaff | $750.00 |
| Plan and Disclosure Statement | Fri 5/30/2014 | 1.5 | Met with clients to discuss property values and plan feasibility. | Jacob DeGraaff | $450.00 |
| Plan and Disclosure Statement | Wed 5/28/2014 | 0.8 | Emails with clients about property values and plan feasibility. | Jacob DeGraaff | $240.00 |

| Description | Date | Hours | Notes | Amount |
|---|---|---|---|---|
| **Total Plan and Disclosure Statement:** | | **15.3** | | **$4,590.00** |
| Relief From Stay Proceedings | Tue 6/17/2014 | 0.4 | Reviewed motion for relief from stay, spoke to clients about same. No response necessary. Jacob DeGraaff | $120.00 |
| **Total Relief From Stay Proceedings:** | | **0.4** | | **$120.00** |
| **Total Fees and Expenses:** | | | | **$5,690.56** |